Opinion approved by the Court.

### MURRAY v. STATE.
### No. 25929.

Court of Criminal Appeals of Texas.
June 25, 1952.

———◆———

No attorney for appellant of record on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving while intoxicated, with the penalty of 30 days in the county jail.

The state has filed a motion to dismiss the appeal because the bond is not approved by the judge presiding. Examination of the record shows this to be the condition. The motion is sustained and the appeal is accordingly dismissed.